IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| MIDCONTINENT COMMUNICATIONS, GP, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   Civil Action No.:  04-2996 JNE/SRN<br>) |
| ACACIA MEDIA TECHNOLOGY CORP., | )<br>) |
| Defendant. | )<br>) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff hereby gives notice of dismissal of this action in its entirety.  This dismissal is voluntary and without prejudice.

Respectfully submitted:

Dated:  October 15, 2004

 s/ Rebecca A. Bortolotti
Albert L Underhill (#111,740)
Rebecca A. Bortolotti (#309,631)
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Phone: (612) 332-5300
Fax:  (612) 332-9081

**ATTORNEYS FOR PLAINTIFF,
MIDCONTINENT
COMMUNICATIONS, GP**